UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY LEE GUYTON, JR., <br><br> Petitioner, <br><br> v. <br><br> CYNTHIA TAMPKINS, Warden, <br><br> Respondent. | Case No. SACV 19-0862 SB (PVC) <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that the Second Amended Petition is denied and Judgment shall be entered dismissing this action with prejudice.

\\

\\

\\

\\

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his current address of record and on counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 1, 2022

*[signature]*

Stanley Blumenfeld, Jr.
United States District Judge