JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY LEE GUYTON, JR., <br> Petitioner, <br> v. <br> CYNTHIA TAMPKINS, Warden, <br> Respondent. | Case No. SACV 19-0862 SB (PVC) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: January 1, 2022

Stanley Blumenfeld, Jr.
United States District Judge